UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RE: Reassignment of Magistrate Judges in
Capital Habeas Corpus Cases

## ORDER

The following cases are hereby reassigned and referred, to rule upon all non-dispositive pretrial motions and to report to the Court a recommended disposition of all dispositive pretrial motions, to the Magistrate Judges listed below. The Clerk is **DIRECTED** to change the assignments of Magistrate Judges as set forth below and to docket this Order in each of the cases listed below.

**IT IS SO ORDERED.**

January 28, 2025

Sarah D. Morrison
Chief United States District Judge

Chief Magistrate Judge Stephanie K. Bowman:
*McKnight v. Warden*, Case No. 2:09-cv-059

Magistrate Judge Elizabeth P. Deavers:
*Robb v. Ishee*, Case No. 2:02-cv-535

Magistrate Judge Karen L. Litkovitz:
*Rojas v. Anderson*, Case No. 1:96-cv-425
*Stumpf v. Anderson*, Case No. 1:96-cv-668
*Hasan v. Ishee*, Case No. 1:03-cv-288


Magistrate Judge Chelsey M. Vascura:
*Stojetz v. Ishee*, Case No. 2:04-cv-263


Magistrate Judge Peter B. Silvain, Jr.:
*Raglin v. Mitchell*, Case No. 1:00-cv-767
*Elmore v. Cool*, Case No. 1:07-cv-776
*Conway, III v. Houk*, Case No. 2:07-cv-947
*Kinley v. Bradshaw*, Case No. 3:03-cv-127


Magistrate Judge Caroline H. Gentry:
*Monroe v. Warden*, Case No. 2:07-cv-258
*Bethel v. Warden*, Case No. 2:10-cv-391
*Coleman v. Bradshaw*, Case No. 3:03-cv-299
*Conway, III v. Houk*, Case No. 3:07-cv-345